1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  PARNELL CURTIS,                          )   Case No.: 1:14-cv-00656-AWI-SAB (PC)
                                             )
12                    Plaintiff,             )
                                             )   **ORDER ADOPTING FINDINGS AND**
13        v.                                 )   **RECOMMENDATION, DENYING**
                                             )   **DEFENDANTS' MOTION TO DISMISS,**
14  CALIFORNIA CORRECTIONAL                  )   **WITHOUT PREJUDICE, AND DIRECTING**
    INSTITUTION, et al.,                     )   **DEFENDANTS TO FILE A FURTHER RESPONSE**
15                                           )   **TO AMENDED COMPLAINT WITHIN THIRTY**
                                             )   **DAYS**
16                    Defendants.            )
                                             )   [ECF Nos. 34, 38]
17  ─────────────────────────────           )

18        Plaintiff Parnell Curtis is appearing pro se in this civil rights action pursuant to 42 U.S.C. §

19  1983.

20        On March 17, 2015, the Magistrate Judge filed a Findings and Recommendations which was

21  served on the parties and which contained notice to the parties that Objections to the Findings and

22  Recommendation were to be filed within thirty days.  Plaintiff filed objections on April 6, 2015.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de*

24  *novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

25  Recommendations to be supported by the record and by proper analysis.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.      The Findings and Recommendation, filed on March 17, 2015, is adopted in full;

28        2.      Defendants' motion to dismiss is DENIED, without prejudice, to re-filing by way of

                                             1

motion for summary judgment, if so desired; and

     3.     Within **thirty (30)** days from the date of service of this order, Defendants shall file a further response to first amended complaint.


IT IS SO ORDERED.

Dated:  <u>May 6, 2015</u>                             

                                        SENIOR  DISTRICT  JUDGE