UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARNELL CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00656-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION<br><br>[ECF No. 73] |

Plaintiff Parnell Curtis is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to extend the time to file a dispositive motion. (ECF No. 73.)

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended from April 25, 2016, to July 24, 2016.

IT IS SO ORDERED.

Dated:   **May 10, 2016**

UNITED STATES MAGISTRATE JUDGE

1